JAMES M. ROZAK  (IL Bar No. 6205847)  (Pro Hac Vice)
**GOLDBERG SEGALLA, LLP**
311 S. Wacker Drive, Suite 2450
Chicago, Illinois 60606
Telephone: 312-572-8400
Facsimile: 312-572-8401
jrozak@goldbergsegalla.com


CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com


Attorneys for Defendant SUNBEAM PRODUCTS, INC.
DBA JARDEN CONSUMER SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNS 1994 FAMILY TRUST, UTA DATED JULY 13, 1994; STUART JOHNS, INDIVIDUALLY AND AS, TRUSTEE OF THE JOHNS FAMILY TRUST, UTA DATED JULY 13, 1994<br><br>Plaintiffs,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS; PATTON, A BUSINESS ORGANIZATION, FORM UNKNOWN; and DOES 1-30<br><br>Defendants. | CASE NO.   2:14-cv-02760-WBS-CMK<br><br>**STIPULATION AND ORDER EXTENDING  DEFENDANT, SUNBEAM PRODUCTS, INC.S'  TIME TO RESPOND TO PLAINTIFFS' INTERROGATORIES, SET ONE  AND PLAINTIFFS' REQUESTS FOR PRODUCTION, SET ONE**<br><br>**[Local Rule 144]** |

Plaintiffs, JOHNS 1994 FAMILY TRUST, UTA DATED JULY 13, 1994; STUART JOHNS, INDIVIDUALLY AND AS, TRUSTEE OF THE JOHNS FAMILY TRUST, UTA DATED JULY 13, 1994, on April 2, 2015, served Defendant, SUNBEAM PRODUCTS, INC.

DBA JARDEN CONSUMER SOLUTIONS, with Interrogatories, Set One and Request for Production of Documents, Set One. The attorneys for the parties entered into a stipulation to extend Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS', time to respond to this discovery to and including Friday May 15, 2015. Thereafter, the attorneys for the parties stipulated that Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS' time was extended to and including Friday May 29, 2015 to respond to Plaintiff's Interrogatories, Set One and Plaintiff's Request for Production, Set One. The attorneys for the parties have now, for the third time, stipulated that Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS' time is extended to and including Friday June 12, 2015 to respond to Plaintiff's Interrogatories, Set One and Plaintiff's Request for Production, Set One.

This is the third extension of time requested by Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel of record, that Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS', time to respond to Plaintiff's Interrogatories, Set One and Plaintiff's Request for Production, Set One is extended  to and including Friday June12, 2015. The parties request the court issue an order extending Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS', time to respond to Plaintiff's Interrogatories, Set One and Plaintiff's Request for Production, Set One to and including Friday June 12, 2015.

Respectfully submitted,

//

//

//

//

//

//

STIPULATION FOR 2ND EXTENSION
14-188/PLEADING.015          - 2 -
CSP:cp

//

Dated:   June 1, 2015            ERICKSEN ARBUTHNOT

By: _____
CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com

and


JAMES M. ROZAK (IL Bar No. 6205847)
**GOLDBERG SEGALLA, LLP**
311 S. Wacker Drive, Suite 2450
Chicago, Illinois 60606
Telephone: 312-572-8400
Facsimile: 312-572-8401
jrozak@goldbergsegalla.com

Attorneys for Defendant SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS


Dated:   June 1, 2015
                                 ARRUTI & ASSOCIATES

                                 /s/ Mark Arruti as authorized on 6/1/15
                                 By _____
                                 MARK ARRUTI (SBN 98861)
                                 **ARRUTI & ASSOCIATES**
                                 1891 E. Roseville Parkway, #180
                                 Roseville, CA 95661
                                 (916) 786-3111
                                 (916) 786-2151 fax
                                 arruti@surewest.net
                                 Attorneys for Plaintiffs

//

//

//

---

STIPULATION FOR 2ND EXTENSION
14-188/PLEADING.015            - 3 -
CSP:cp

//

## ORDER

The Court, having read the foregoing stipulation and being fully apprised of the facts and circumstances, hereby approves this stipulation and good cause appearing,

IT IS SO ORDERED

Dated:  June 8, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE