JAMES M. ROZAK (IL BAR NO. 6205847) (Pro Hac Vice)
**GOLDBERG SEGALLA, LLP**
311 S. Wacker Drive, Suite 2450
Chicago, Illinois 60606
Telephone: 312-572-8400
Facsimile: 312-572-8401
jrozak@goldbergsegalla.com


CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND (SBN 243646)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com


Attorneys for Defendant, SUNBEAM PRODUCTS, INC.
DBA JARDEN CONSUMER SOLUTIONS


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNS 1994 FAMILY TRUST, UTA DATED JULY 13, 1994; STUART JOHNS, INDIVIDUALLY AND AS, TRUSTEE OF THE JOHNS FAMILY TRUST, UTA DATED JULY 13, 1994<br><br>Plaintiffs,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS; PATTON, A BUSINESS ORGANIZATION, FORM UNKNOWN; and DOES 1-30<br><br>Defendants. | CASE NO.   2:14-cv-02760-WBS-CMK<br><br>District Judge William B. Shubb<br><br>Magistrate Judge Craig M. Kellison<br><br>**ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |

IT IS HEREBY ORDERED:

1. The October 5, 2015 date for disclosure of experts and production of reports is amended to December 5, 2015;

---

ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER
14-188/PLEADING.019                - 1 -
CSP:GMC:ep

2. The November 9, 2015 date for disclosure of rebuttal experts and production of their reports is amended to January 15, 2016;

3. The February 1, 2016 date for final completion of discovery is amended to February 20, 2016.

Dated:  October 1, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER
14-188/PLEADING.019                      - 2 -
CSP:GMC:ep