JAMES M. ROZAK (IL BAR NO. 6205847)  (Pro Hac Vice)
**GOLDBERG SEGALLA, LLP**
311 S. Wacker Drive, Suite 2450
Chicago, Illinois 60606
Telephone: 312-572-8400
Facsimile: 312-572-8401
jrozak@goldbergsagalla.com

CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com

Attorneys for Defendant, SUNBEAM PRODUCTS, INC.
DBA JARDEN CONSUMER SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNS 1994 FAMILY TRUST, UTA DATED JULY 13, 1994; STUART JOHNS, INDIVIDUALLY AND AS, TRUSTEE OF THE JOHNS FAMILY TRUST, UTA DATED JULY 13, 1994<br><br>           Plaintiffs,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS; PATTON, A BUSINESS ORGANIZATION, FORM UNKNOWN; and DOES 1-30<br><br>           Defendants. | CASE NO.   2:14-cv-02760-WBS-CMK<br><br>**STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER DISMISSING ACTION** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(A)(1)(a)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

---

```
STIPULATION FOR DISMISSAL; PROPOSED ORDER
14-188/PLEADING.021            - 1 -
CSP:ep
```

IT IS SO STIPULATED.

Dated:   December 21, 2015

          JAMES M. ROZAK (IL BAR NO. 6205847)
**GOLDBERG SEGALLA, LLP**
311 S. Wacker Drive, Suite 2450
Chicago, Illinois 60606
Telephone: 312-572-8400
Facsimile: 312-572-8401
jrozak@goldbergsagalla.com

and

By:_____
CHARLES S. PAINTER (SBN 89045)
GRAHAM M. CRIDLAND  (SBN 243646)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
gcridland@ericksenarbuthnot.com

Attorneys for Defendant, SUNBEAM PRODUCTS, INC. DBA JARDEN CONSUMER SOLUTIONS

Dated:   December 21, 2015

LAW OFFICES OF MICHAEL T. SHEPHERD

*s/ Michael T. Shepherd*
*as authorized on 12/21/15*
By _____
MICHAEL T. SHEPHERD
1074 East Avenue, Ste. O
Chico, CA  95926
(530) 893-3700
(530) 893-1579 fax
michael@shepherdlaw.com

Attorneys for Plaintiffs, JOHNS 1994 FAMILY TRUST, ET AL.

IT IS SO ORDERED

Dated:  December 21, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL; PROPOSED ORDER
14-188/PLEADING.021                  - 2 -
CSP:ep